**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH B., | : | CIVIL ACTION |
|         Plaintiff | : | |
|     v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
|        Defendant | : | NO.  25-2180 |

<u>**ORDER**</u>

**AND NOW**, this 21ˢᵗ day of November 2025, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 12) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall:  (a) explicitly apply the factors of supportability and consistency to the opinions of Drs. Glenda Cardillo and Wadicar Nugent; (b) if the ALJ accepts those opinions and finds that Plaintiff can only perform light work, she must redetermine whether Plaintiff is disabled and, specifically, if he meets the requirements of Medical-Vocational Rule 202.06.

**BY THE COURT**:


    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge